UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA JARIWALA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>NOMAD HOTEL MANAGER LA LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>  Defendant. | Case No.: 20-cv-2244 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 11) |

Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 11). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE,** with each Party to bear its or her own costs and attorney's fees. The Clerk of Court shall close the file.

  **IT IS SO ORDERED.**

Dated: May 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge